**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
YENAURY REVI,

                Plaintiff,                24 **CIVIL** 3958 (GRJ)

    -v-                              **<u>JUDGMENT</u>**

CAROLYN COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 17, 2024, that this case is REVERSED and REMANDED to the Commissioner of Social Security under the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings.

**Dated:**  New York, New York

      December 18, 2024

                                            **TAMMI M. HELLWIG**
                                              **Clerk of Court**

                        **BY:**
                                              _____
                                                  **Deputy Clerk**